# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                      **CASE NO. 2:26-cr-20002-DDC**

**MARKEESE FLUKER**
    **and**
**MARKEL FLUKER,**

      **Defendants.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**CONSPIRACY TO COMMIT UNLAWFUL TRAFFICKING IN FIREARMS**
**[18 U.S.C. §§ 933(a)(1) & (a)(3)]**

Beginning on or about September 24, 2025, the exact date being unknown, and continuing to on or about December 18, 2025, in the District of Kansas and elsewhere, the defendants,

**MARKEESE FLUKER**
**and**
**MARKEL FLUKER,**

1

knowingly and intentionally conspired and agreed with each other, and other persons unknown, to ship, transport, transfer, cause to be transported, and otherwise dispose of one or more firearms, including but not limited to the following:

1) an Anderson Manufacturing model AM-15 multi-caliber pistol, serial number 25072233, that had been converted to a machinegun;

2) an Anderson Manufacturing model AM-15 multi-caliber pistol, serial number 25072239, that had been converted to a machinegun;

3) an Anderson Manufacturing model AM-15 multi-caliber pistol, serial number 25075032, that had been converted to a machinegun;

4) an Anderson Manufacturing model AM-15 multi-caliber pistol, serial number 25075023, that had been converted to a machinegun;

5) a Glock model 19GEN4 9mm pistol, serial number YTG698, that had been converted to a machinegun; and

6) a Glock, model 22GEN4 .40 caliber pistol, serial number ZDG833, that had been converted to a machinegun,

to another person, in and affecting interstate commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony (as defined in section 932(a)(3)), specifically, possession of a machinegun in violation of Title 18 United States Code, Section 922(o).

In violation of Title 18, United States Code, Sections 933(a)(1), (a)(3), and (b).

## COUNT 2

**POSSESSION AND SALE OF A STOLEN FIREARM**
**[18 U.S.C. § 922(j)]**

On or about September 24, 2025, in the District of Kansas, the defendant,

**MARKEESE FLUKER,**

2

knowingly possessed and sold a stolen firearm, identified as a Taurus International model PT111 G2A 9mm pistol, serial number TLW22339, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen.

In violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT 3

**POSSESSION AND TRANSFER OF MACHINEGUNS**
**[18 U.S.C. § 922(o)]**

On or about September 24, 2025, in the District of Kansas, the defendants,

**MARKEESE FLUKER**
**and**
**MARKEL FLUKER,**

knowingly possessed and transferred six machine guns as defined in 26 U.S.C. § 5845(b), identified as six machinegun conversion devices (MCDs), that is any part designed and intended solely and exclusively, or combination of parts designed and intended for use in converting a weapon into a machinegun.

In violation of Title 18, United States Code, Sections 922(o), 924(a)(2), and 2, with reference to Title 26, United States Code, Section 5845(b).

## COUNT 4

**POSSESSION AND TRANSFER OF MACHINEGUNS**
**[18 U.S.C. § 922(o)]**

On or about October 1, 2025, in the District of Kansas, the defendants,

**MARKEESE FLUKER**
**and**
**MARKEL FLUKER,**

knowingly possessed and transferred nine machineguns as defined in 26 U.S.C. § 5845(b), identified as nine machinegun conversion devices (MCDs), that is any part designed and intended solely and exclusively, or combination of parts designed and intended for use in converting a weapon into a machinegun.

In violation of Title 18, United States Code, Sections 922(o), 924(a)(2), and 2, with reference to Title 26, United States Code, Section 5845(b).

## COUNT 5

### POSSESSION AND TRANSFER OF MACHINEGUNS
### [18 U.S.C. § 922(o)]

On or about October 8, 2025, in the District of Kansas, the defendants,

**MARKEESE FLUKER**
**and**
**MARKEL FLUKER,**

knowingly possessed and transferred 12 machineguns as defined in 26 U.S.C. § 5845(b), identified as: (1) an Anderson Manufacturing model AM-15 multi-caliber pistol, serial number 25072233; (2) an Anderson Manufacturing model AM-15 multi-caliber pistol, serial number 25072239; and (3) 10 machinegun conversion devices (MCDs), that is any part designed and intended solely and exclusively, or combination of parts designed and intended for use in converting a weapon into a machinegun.

In violation of Title 18, United States Code, Sections 922(o), 924(a)(2), and 2, with reference to Title 26, United States Code, Section 5845(b).

## COUNT 6

### POSSESSION AND TRANSFER OF MACHINEGUNS
### [18 U.S.C. § 922(o)]

On or about October 24, 2025, in the District of Kansas, the defendants,

**MARKEESE FLUKER**
**and**
**MARKEL FLUKER,**

possessed and transferred 12 machineguns as defined in 26 U.S.C. § 5845(b), identified as: (1) an Anderson Manufacturing model AM-15 multi-caliber pistol, serial number 25075032; (2) an Anderson Manufacturing model AM-15 multi-caliber pistol, serial number 25075023; (3) a Glock model 19GEN4 9mm pistol, serial number YTG698; (4) a Glock model 22GEN4 .40 caliber pistol, serial number ZDG833; and (5) eight machinegun conversion devices (MCDs), that is any part designed and intended solely and exclusively, or combination of parts designed and intended for use in converting a weapon into a machinegun.

In violation of Title 18, United States Code, Sections 922(o), 924(a)(2), and 2, with reference to Title 26, United States Code, Section 5845(b).

### FORFEITURE NOTICE

1.      The allegations contained in Counts 1 through 6 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 934.

    2.    Upon conviction of one or more offenses set forth in Counts 1 through 6 of this Indictment, the defendants,

**MARKEESE FLUKER**
**and**
**MARKEL FLUKER,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms or ammunition involved in the commission of the offenses, including, but not limited to:

    A.    31 firearms seized pursuant to a search warrant executed on December 18, 2025; and

    B.    all ammunition seized pursuant to the search warrant executed on December 18, 2025.

    3.    Upon conviction of the offense set forth in Count 1 of this Indictment, the defendants,

**MARKEESE FLUKER**
**and**
**MARKEL FLUKER,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 934(a)(1), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the commission of Count 1, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of Count 1, including but not limited to:

    A.    approximately $600 in recorded buy money seized on December 18, 2025;

    B.    a 3-D printer;

    C.    an AR jig; and,

    D.    a forfeiture money judgment against each defendant in any amount that equals the amount of proceeds obtained by that defendant.

4. If any of the property described above, as a result of any act or omission of the defendants:

    A.    cannot be located upon the exercise of due diligence;

    B.    has been transferred or sold to, or deposited with, a third party;

    C.    has been placed beyond the jurisdiction of the court;

    D.    has been substantially diminished in value; or

    E.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 934.

A TRUE BILL.


January 14, 2026                     /s/ Foreperson
DATE                                   FOREPERSON OF THE GRAND JURY


RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: */s/ David P. Zabel*
David P. Zabel
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: David.Zabel@usdoj.gov
Ks. S. Ct. No. 17887

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## PENALTIES

**Count 1:    18 U.S.C. §§ 933(a)(1) & (a)(3)
             Conspiracy to Commit Unlawful Trafficking in Firearms**

- Punishable by a term of imprisonment of not more than fifteen (15) years. 18 U.S.C. § 933(b).

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture. 18 U.S.C. § 924(d).

**Count 2:    18 U.S.C. § 922(j)
             Possession and Sale of a Stolen Firearm**

- Punishable by a term of imprisonment of not more than ten (10) years. 18 U.S.C. § 924(a)(2).

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture. 18 U.S.C. § 924(d).

**Counts 3-6:    18 U.S.C. § 922(o)
                Possession and Transfer of a Machinegun**

- Punishable by a term of imprisonment of not more than ten (10) years. 18 U.S.C. § 924(a)(2).

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.  18 U.S.C. § 924(d).